UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Mebys B. Rodriguez                                   Case No. 15-11550-LMI
                                                            Chapter 13

_____Debtor_____/

### MOTION TO WAIVE WAGE ORDER

The Debtor, by counsel, moves this Honorable Court to waive a wage deduction order in the above matter. In support thereof, the Debtor states that:

1. The Debtor, Mebys B. Rodriguez, is an independent contractor for Janitorial Sunshine Services Corp and Sun Janitorial Service Corp.
2. Debtor is paid on a weekly basis, however her compensation varies as her pay is commissioned based.
3. Debtor is not a W-2 employee, and therefore requests to have the customary practice of the wage order waived.
4. Debtor will complete a business questionnaire form.
5. The Debtor is current with all her pre-confirmation payments to the Trustee.
6. The Debtor requests an Order allowing her to make the plan payments directly to the Trustee.

WHEREFORE, the Debtors request that this Court waive the customary practice of granting a Wage Order for post-confirmation plan payments, and Order that the Debtors make the plan payments directly to the Trustee.

The Law Office of Ray Garcia, P.A.
14850 SW 26 Street, Suite 204
Miami, Florida 33185
Telephone: (305) 227-4030
Facsimile: (305) 223-9811
service@raygarcialaw.com

By: /s/ Ray Garcia, Esq.
Ray Garcia, Esq.
Fla. Bar No. 0115850

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, this 12th day of March, 2015. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or via First Class Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the creditor matrix List, either via transmission of Notices of Electronic Filing generated by CM/ECF or via First Class.

                                                    By: */s/ Ray Garcia, Esq.*
                                                          Ray Garcia, Esq.